COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-255-CV

IN RE JIMMY D. WEBB RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

_________________________________

TERRIE LIVINGSTON

JUSTICE

PANEL B:  LIVINGSTON, DAUPHINOT, and WALKER, JJ.

DAUPHINOT, J., would request a response.

DELIVERED:  July 31, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.